1

K. BRIAN MATLOCK (SBN 243812)
kbrian@matlocklawgroup.com

2

ANNE LEITH MATLOCK (SBN 244351)
anne-leith@matlocklawgroup.com

3

YUE XU (SBN 274744)

4

robertx@matlocklawgroup.com
MATLOCK LAW GROUP, P.E.

5

1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597

6

Telephone:     (925) 944-7131

7

Facsimile:     (925) 944-7138

8

Attorneys for Plaintiff and Counterdefendant

9

SECUREWORK, INC.

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
KENNETH B. WILSON (SBN 130009)
kwilson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California  94025
Telephone:     (650) 812-3400
Facsimile:     (650) 812-3444

Attorneys for Defendant and Counterclaimant
IRONKEY, INC.

10

11

12

13

UNITED STATES DISTRICT COURT

14

FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

SAN JOSE DIVISION

16

17

SECUREWORK, INC.,

CASE NO. C 11-03025 PSG

18

Plaintiff,

19

**STIPULATION AND**

v.

20

**ORDER SELECTING ADR PROCESS**

IRONKEY, INC.,

21

22

Defendants.

23

24

AND RELATED COUNTERCLAIMS

25

26

27

28

-1-

1    Counsel for Plaintiff and Counterdefendant SecureWork, Inc. ("SecureWork") and Defendant

2  and Counterclaimant IronKey, Inc. ("IronKey") hereby report that they have met and conferred

3  regarding ADR and that they have reached the following stipulation pursuant to Civil L.R. 16-8 and

4  ADR L.R. 3-5:

5       1.    the parties agree to participate in mediation pursuant to ADR L.R. 6; and

6       2.    the parties jointly request that the Court extend the deadline to complete mediation

7             until January 31, 2012 in order to permit the parties to obtain necessary information

8             about the other side's positions in the case.

9

10  Dated:  August 30, 2011                    MATLOCK LAW GROUP, *P.C.*

11

12

13                                             By:   /s/ K. Brian Matlock
                                                    K. BRIAN MATLOCK
14
                                                    Attorneys for Plaintiff and Counterclaim-Defendant
15                                                  SECUREWORK, INC.

16

17

18

19  Dated:  August 30, 2011                    CARR & FERRELL LLP

20

21

22                                             By:   /s/ Christopher P. Grewe
                                                    CHRISTOPHER P. GREWE
23
                                                    Attorneys for Defendant and Counterclaimant
24                                                  IRONKEY, INC.

25

26

27

28

STIPULATION AND                  ORDER SELECTING ADR PROCESS
                          (Case No. 11-03025 PSG)

1

## **ORDER SELECTING ADR PROCESS**

2          Pursuant to the Stipulation above, IT IS HEREBY ORDERED that the above-captioned

3    matter is hereby referred to mediation to be completed on or before January 31, 2012.

4

5          **IT IS SO ORDERED.**

6

7

8    Dated: August 31, 2011                          _Pare S. Agerole_

9                                                    THE HONORABLE PAUL S. GREWAL
                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND              ORDER SELECTING ADR PROCESS
(Case No. 11-03025 PSG)

**SIGNATURE ATTESTATION**

1

2        Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence

3   in the filing of this document from all the signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this e-filed document and I have on file records to support this

5   concurrence for subsequent production for the court if so ordered or for inspection upon request.

6

7   Dated: August 30, 2011                          /s/ Kenneth B. Wilson
8                                                 KENNETH B. WILSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND             ORDER SELECTING ADR PROCESS
(Case No. 11-03025 PSG)