| | |
|---|---|
| K. BRIAN MATLOCK (SBN 243812) | ROBERT J. YORIO (SBN 93178) |
| kbrian@matlocklawgroup.com | yorio@carrferrell.com |
| ANNE LEITH MATLOCK (SBN 244351) | KENNETH B. WILSON (SBN 130009) |
| anne-leith@matlocklawgroup.com | kwilson@carrferrell.com |
| YUE XU (SBN 274744) | CHRISTOPHER P. GREWE (SBN 245938) |
| robertx@matlocklawgroup.com | cgrewe@carrferrell.com |
| MATLOCK LAW GROUP, P.E. | MARCUS H. YANG (SBN 273509) |
| 1485 Treat Blvd., Suite 200 | myang@carrferrell.com |
| Walnut Creek, CA 94597 | CARR & FERRELL *LLP* |
| Telephone:   (925) 944-7131 | 120 Constitution Drive |
| Facsimile:   (925) 944-7138 | Menlo Park, California  94025 |
| | Telephone:   (650) 812-3400 |
| Attorneys for Plaintiff and Counterdefendant | Facsimile:   (650) 812-3444 |
| SECUREWORK, INC. | |
| | Attorneys for Defendant and Counterclaimant |
| | IRONKEY, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECUREWORK, INC., | CASE NO. C 11-03025 PSG |
| Plaintiff, | |
| v. | **STIPULATION AND** |
| IRONKEY, INC., | **ORDER SELECTING ADR PROCESS** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Counsel for Plaintiff and Counterdefendant SecureWork, Inc. ("SecureWork") and Defendant and Counterclaimant IronKey, Inc. ("IronKey") hereby report that they have met and conferred regarding ADR and that they have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. the parties agree to participate in mediation pursuant to ADR L.R. 6; and
2. the parties jointly request that the Court extend the deadline to complete mediation until January 31, 2012 in order to permit the parties to obtain necessary information about the other side's positions in the case.

Dated:  August 30, 2011                MATLOCK LAW GROUP, *P.C.*

By:  /s/ K. Brian Matlock
K. BRIAN MATLOCK
Attorneys for Plaintiff and Counterclaim-Defendant
SECUREWORK, INC.

Dated:  August 30, 2011                CARR & FERRELL LLP

By:  /s/ Christopher P. Grewe
CHRISTOPHER P. GREWE
Attorneys for Defendant and Counterclaimant
IRONKEY, INC.

**ORDER SELECTING ADR PROCESS**

Pursuant to the Stipulation above, IT IS HEREBY ORDERED that the above-captioned matter is hereby referred to mediation to be completed on or before January 31, 2012.

**IT IS SO ORDERED.**

Dated: August 31, 2011

THE HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION AND ORDER SELECTING ADR PROCESS
(Case No. 11-03025 PSG)

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: August 30, 2011                                         /s/ Kenneth B. Wilson
                                                                              KENNETH B. WILSON